IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

FRANK GUARA,

    Plaintiff,

v.                                                                                          Case No.  20-cv-259-wmc

ANDERSON O'BRIEN, BERTZ,
SKRENES AND GOLLA, LLP,

    Defendant.

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice.

| /s/ | 12/1/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |